IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

In re:

WIRELESS ADVOCATES, LLC

                 Debtor.

Case No. 23-10117-TWD

JASON KARROLL, on behalf of himself and all other similarly situated,

                 Plaintiff,

v.

VIRGINIA BURDETTE Trustee of the Bankruptcy Estate of Wireless Advocates, LLC,

                 Defendant.

Adv. Proc. No. 23-01005-TWD

**ORDER GRANTING MOTION TO DISMISS SECOND AMENDED COMPLAINT**

      THIS MATTER came before the Court upon the Trustee's Motion to Dismiss Plaintiff's Second Amended Complaint (the "Motion"). The Court having considered the Motion, and responses

ORDER GRANTING MOTION TO
DISMISS SECOND AMENDED COMPLAINT - 1

K&L GATES, LLP
925 FOURTH AVENUE, SUITE 2900
SEATTLE, WASHINGTON  98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

to the Motion and replies thereto, the pleadings and papers herein, and the argument of counsel if any, and having found that cause exists for the relief requested by the Trustee in the Motion, it is **HEREBY ORDERED AS FOLLOWS**:

1.    The Motion is GRANTED;

2.    The Plaintiff's Second Amended Complaint is dismissed with prejudice pursuant to Fed. R. Bankr. P. 7012.

///END OF ORDER///

Presented by:
K&L GATES LLP

*/s/ Brian T. Peterson*
Michael J. Gearin, WSBA #20982
Brian T. Peterson, WSBA #42088
Ruby A. Nagamine, WSBA #55620
Monica A. Romero, WSBA #58376
K&L GATES LLP
925 Fourth Avenue, Suite 2900
Seattle, WA  98104-1158
Telephone: (206) 623-7580
Email: michael.gearin@klgates.com
        brian.peterson@klgates.com
        ruby.nagamine@klgates.com
        monica.romero@klgates.com

*Attorneys for Virginia Burdette,
Chapter 7 Trustee*

ORDER GRANTING MOTION TO
DISMISS SECOND AMENDED COMPLAINT - 2

K&L GATES, LLP
925 FOURTH AVENUE, SUITE 2900
SEATTLE, WASHINGTON  98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022