

100 SOUTH MAIN STREET
POST OFFICE BOX 382
BOONEVILLE, MS 38829
TELEPHONE (662) 728-9733
FACSIMILE (662) 728-1992

JOE RAY LANGSTON (1933 - 1986)
DUNCAN LEE LOTT***
CASEY LANGSTON LOTT*
THOMAS ORVILLE COOLEY*
DUSTIN COLT CHILDERS**
CLINTON LEE MARTIN**
WILLIAM "JACK" SIMPSON

*  Also Licensed in Alabama
** Also Licensed in Tennessee
*** Of Counsel

August 7, 2023

**VIA CM/ECF FILING**

The Honorable Timothy W. Dore
United States Bankruptcy Court for the
Western District of Washington
700 Stewart Street, Courtroom 8106
Seattle, WA 98101

      Re:   In re Wireless Advocates, LLC
            U.S. Bankruptcy Court (W.D. Wash.) Case No. 23-10117-TWD
            Adversary No. 23-01005-TWD
            **Request for Telephonic Appearance**

Dear Judge Dore:

    The firm of Langston & Lott, PLLC represents Jason Karroll in the above-referenced adversary case. I, Jack Simpson, have been approved to appear Pro Hac Vice as counsel for Jason Karroll. I respectfully request permission from the Court to appear telephonically at the hearing scheduled for Friday August 11, 2023 at 9:30 a.m., on the Trustee's Motion to Dismiss and Mr. Karroll's Motion for Leave to File Third Amended Complaint.

    Thank you in advance for your consideration.

Sincerely,

William "Jack" Simpson

**LANGSTON & LOTT, PLLC**