Richard J. Symmes, WSBA #41475
Symmes Law Group, PLLC
1818 Westlake Ave N. Ste 202
Seattle, WA 98109
Telephone: (206) 682-7975

William "Jack" Simpson
Langston & Lott, PLLC
100 South Main Street
Booneville, MS 38829
Telephone: (662) 728-9733

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE**

In re:

**WIRELESS ADVOCATES, LLC**

**Debtor**

_____

**JASON KARROLL, BRANDON PHAM; ARMANI LITTLE; BRADLEY HIBBS; ROBERT PAULEY; JOEL GITTER; RUSTY CLARK; and TRACEY SAVA,** on behalf of themselves and all others similarly situated

**Plaintiffs**

v.

**WIRELESS ADVOCATES, LLC,**

**Defendant**

Bankr. Case No. 23-10117-TWD

Adv. Proc. No. 23-01005-TWD

**NOTICE OF SERVICE OF PLAINTIFFS' SECOND REQUESTS FOR PRODUCTION TO DEFENDANT**

1     Notice is hereby given that I have this date served a true and exact copy of the following

2 documents on Defendants:

3    1. Plaintiff's Second Request for Production of Documents to Defendant.

                              Respectfully Submitted,
**JASON KARROLL, BRANDON PHAM, ARMANI LITTLE, BRADLEY HIBBS, ROBERT PAULEY, JOEL GITTER, RUSTY CLARK, and TRACEY SAVA**

           By:   /s/ William "Jack" Simpson
                 William "Jack" Simpson
                 **LANGSTON & LOTT, PLLC**
                 100 South Main Street
                 Post Office Box 382
                 Booneville, MS  38829-0382
                 Telephone: (662) 728-9733
                 Facsimile: (662) 728-1992
                 Email: jsimpson@langstonlott.com

                 RICHARD J. SYMMES, #41475
                 **SYMMES LAW GROUP, PLLC**
                 1818 Westlake Ave N. Ste 202
                 Seattle, WA 98109
                 Telephone: (206) 682-7975
                 Email: richard@symmeslaw.com

# **CERTIFICATE OF SERVICE**

I hereby certify that on February 26, 2024, I caused the foregoing document to be filed electronically through the CM/ECF system, which caused Registered Participants to be served by electronic means, as fully reflected on the Notice of Electronic Filing.

I declare under penalty of perjury under the laws of the State of Washington and the United States that the foregoing is true and correct.

Executed on the 26th day of February, 2024.

/s/ William "Jack" Simpson<br>
William "Jack" Simpson